UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONTRA COSTA COUNTY DISTRICT ATTORNEY OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07499-EKL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a detainee proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). A copy of the Court's form for applications to proceed IFP was provided with the notice. He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. The case is DISMISSED without prejudice. Plaintiff's incomplete motion to proceed IFP (ECF No. 2) is DENIED without prejudice. To proceed with this case, plaintiff must file a brief motion to reopen and pay the filing fee or file a complete motion to proceed IFP.

**IT IS SO ORDERED.**

Dated: January 6, 2025

　　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　United States District Judge